**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 NOV -2 PM 2:01

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY klcc

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| MARK SOKOLOVSKY § | CRIMINAL NO. |
| § | A21 CR 224 LY |
| § | |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and respectfully requests that the Court seal all documents relating to the Indictment of Mark Sokolovsky, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendants and avoid a risk of flight.

The Government seeks leave to share the arrest warrant and indictment with the appropriate U.S. law enforcement authorities as well as foreign government and law enforcement authorities, as the Defendant is believed to be located outside of the United States. Additionally, the Government seeks leave to share the arrest warrant and indictment with other U.S. Government entities, such as the Treasury Department, to further their official duties. A file-stamped copy shall be issued to the affiant and the government.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:    /s/ Michael C. Galdo
Michaele C. Galdo
Assistant United States Attorney
903 San Jacinto Blvd, Ste. 334
Austin, TX 78701