**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 NOV -2 PM 2: 01
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____kkc_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | A21 CR 224 LY |
| § | |
| MARK SOKOLOVSKY § | CRIMINAL NO. |
| § | |

## ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that is should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendant, Mark Sokolovsky.

The Government may share the arrest warrant and indictment with the appropriate U.S. and foreign government authorities to affect the Defendant's arrest, as well as in furtherance of their official duties and responsibilities.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remain sealed until such time as the warrant documents are unsealed.

SIGNED on this 2nd day of November, 2021.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE