A21 CR 224 LY

| | |
|---|---|
| Sealed | X |
| Unsealed | |

Personal Data Sheet USAO# 2020R05271

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE ___ YES  _X_ NO
CASE NO. _____

County: **TRAVIS**     **AUSTIN** Division     Judge: _____

Date: 11/2/2021    Mag Ct.# _____    SSN: _____    FBI#: _____

Case No.: _____    Assistant U. S. Attorney: **Michael C. Galdo, Neeraj Gupta, G. Karthik Srinivasan**

Defendant: **Mark Sokolovsky; aka Photix, raccoonstealer, and b1ack21jack77777**    Date of Birth: **REDACTED**

Address: _____

Citizenship:    United States ___    Mexican ___    Other ___

Interpreter Needed:    Yes ___    No ___    Language ___

Defense Attorney: _____    Employed ___

Address of Attorney: _____    Appointed ___

Defendant is:    In Jail ___    Where: _____
                 On Bond ___    Amt. of Bond ___    Where: _____

Date of Arrest: _____    Bench Warrant Needed ___

Prosecution By:    Information ___    Indictment **X**

Offense (Code & Description):
Count 1 – 18 U.S.C. § 371, Conspiracy to Commit Fraud and Related Activity in Connection with Computers
Count 2 – 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud
Count 3 - 18 U.S.C. § 1956, Conspiracy to Commit Money Laundering
Count 4 – 18 U.S.C. § 1028A, Aggravated Identity Theft

Offense Is:    Felony **X**    Misdemeanor ___

Maximum Sentence:
Count 1 – Maximum Penalty: 5 years imprisonment, 3 years TSR; $100,000 fine, $100 SA
Count 2 – Maximum Penalty: 20 years imprisonment, 3 years TSR; $250,000 fine, $100 SA
Count 3 – Maximum Penalty: 20 years imprisonment, 3 years TSR; $250,000 fine, $100 SA
Count 4 – Mandatory 2 years imprisonment, 1 year TSR; $250,000 fine, $100 SA

Penalty is Mandatory:    Yes **X** As to special assessment    No ___

Remarks: _____