**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

2021 NOV -2  PM 2:01

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ KLC _____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO.:** |
| | § | |
| **MARK SOKOLOVSKY** | § | |
| **aka Photix, raccoonstealer,** | § | **A21 CR 224 LY** |
| **and b1ack21jack77777** | § | |
| | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER FOR BENCH WARRANT AND
## SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named

defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is

hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this

Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| **MARK SOKOLOVSKY** <br> **aka Photix, raccoonstealer,** <br> **and b1ack21jack77777** | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED on this __2nd__ day of __November__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE