AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:21-cr-224-LY |
| Mark Sokolovsky | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Sokolovsky ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371 (18 U.S.C. §§ 1030(a)(2)(C) and (a)(4), Conspiracy to Commit Fraud and Related Activity in Connection with Computers
Count 2: 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud
Count 3: 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering
Count 4: 18 U.S.C. § 1028A, Aggravated Identity Theft

Date:   11/02/2021

*Issuing officer's signature*

City and state:   Austin, Texas     Ka Kin Cheng, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*