

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
OCT 1 4 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:21-CR-224-LY |
| ) | |
| MARK SOKOLOVSKY, ) | |
| ) | |
| Defendant ) | |

## ORDER

HAVING CONSIDERED the Government's Motion to Unseal the Indictment and Victim Notification Procedure filings in this case, the Court hereby agrees that the Government's motion should be **GRANTED**, and it is hereby

ORDERED that when the Government commences the victim notification procedure, as detailed in the Court's Order dated October 5, 2022, the Clerk of the Court shall unseal the above-captioned indictment, including attachments, and related arrest warrant, as well as the Government's Motion For Alternative Victim Notification Procedures (Document 9), the corresponding Order (Document 10), and the Motion to Unseal. The Government will notify the Clerk's Office when the victim notification process has begun.

Dated: October 14, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE