AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00224-LY-1 |
| MARK SOKOLOVSKY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Sokolovsky                                                                                                          .

Date:    08/03/2023                                              /s/ Eric Harron
                                                                         *Attorney's signature*

                                                                         Eric Harron 24059908
                                                                         *Printed name and bar number*
                                                                         819 1/2 W. 11th Street
                                                                         Austin, TX 78701

                                                                         *Address*

                                                                         harron@harronlaw.com
                                                                         *E-mail address*

                                                                         (512) 963-8855
                                                                         *Telephone number*

                                                                         (512) 682-9002
                                                                         *FAX number*