**FILED**
January 03, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Julie Golden_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. A-21-cr-00224 |
| MARK SOKOLOVSKY, ) | |
| ) | |
| Defendant, ) | |
| ) | |

**MOTION TO SUBSTITUTE COUNSEL**

    Presently before the Court is Defendant Mark Sokolovsky's Motion to Substitute Counsel. It is hereby ORDERED that Eric Harron be allowed to withdraw as counsel of record for defendant in the above-styled case, and that Alexey V. Tarasov be substituted as lead counsel.

    IT IS SO ORDERED.

Dated: 01/03/2024

_____
United States District Judge