**FILED**
February 28, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>v<br><br>**MARK SOKOLOVSKY, aka Photix,**<br>**raccoonstealer, and b1ack21jack77777,**<br>**Defendant** | **No. A: 21-CR-224 (1)  RP** |

## ORDER DECLARING CASE COMPLEX UNDER THE SPEEDY TRIAL ACT

Before the Court is the parties' Joint Motion to Declare Case Complex and Continue Trial in the above-styled case, and after considering the same, the Court is of the opinion that it should be GRANTED.

Accordingly,

THE COURT FINDS that the discovery in these matters is voluminous and includes, among other things, complex computer system data, electronic device data extractions, sensitive personal identifying information, and numerous law enforcement reports; and

THE COURT FURTHER FINDS that, based on the volume and nature of discovery materials as well as the complexity of the alleged offenses, it would be unreasonable to expect defense counsel to be able to effectively prepare for pre-trial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendant in a speedy trial.

Therefore,

IT IS ORDERED that the above-captioned matter is declared complex.

IT IS FURTHER ORDERED that this matter shall be set for Hearing on All Pretrial Motions and Docket Call in Courtroom No. 4, on the Fifth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas on September 27, 2024, at 9:00 a.m. The case is set for Jury Selection and Trial on October 7, 2024 at 9:30 a.m.

IT IS FINALLY ORDERED that the time between April 15, 2024 and October 7, 2024 is deemed excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), in addition to any time excludable pursuant to any other provision of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Dated: February 28, 2024

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE